DANIEL G. BOGDEN
United States Attorney
District of Nevada

JUSTIN E. PINGEL
Assistant United States Attorney
Nevada State Bar No. 10186
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: justin.pingel@usdoj.gov

*Attorneys for the United States*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| S. ROWAN WILSON,<br><br>        Plaintiff,<br><br>        v.<br><br>ERIC HOLDER, *et al.*,<br><br>        Defendants. | Case No: 2:11-cv-01679-GMN-PAL |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEYS**

Pursuant to Local Rule IA 10-3, the United States of America respectfully requests that this honorable Court permit Alicia N. Ellington, Zachary Richter, and John K. Theis to practice before this honorable Court in all matters relating to the above-captioned case.

Ms. Ellington is an attorney with the United States Department of Justice and is a member in good standing of the State Bar of Virginia, Bar Number 76687.

Mr. Richter is an attorney with the United States Department of Justice and is a member in good standing of the State Bar of Texas, Bar Number 24041773.

Mr. Theis is an attorney with the United States Department of Justice and is a member in good standing of the State Bar of Illinois, Bar Number 6287528.

The following contact information is provided to the Court:

| | |
|---|---|
| Alicia N. Ellington<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave., N.W., Rm. 7226<br>Washington, D.C.  20530<br>Telephone: (202) 305-8550<br>Facsimile: (202) 616-8470<br>Alicia.N.Ellington@usdoj.gov | Zachary Richter<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Torts Branch<br>P.O. Box 7146, Ben Franklin Station<br>Washington, D.C.  20044<br>Telephone: (202) 616-4199<br>Facsimile: (202) 616-4314<br>Zachary.Richter@usdoj.gov |

John K. Theis
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Rm. 6701
Washington, D.C.  20530
Telephone: (202) 305-7632
Facsimile: (202) 616-8460
John.K.Theis@usdoj.gov

Accordingly, the United States respectfully requests that an order be issued allowing Alicia N. Ellington, Zachary Richter, and John K. Theis to practice before this honorable Court.

Respectfully submitted this 23rd day of January 2012.

DANIEL G. BOGDEN
United States Attorney

 /s/  Justin Pingel
JUSTIN E. PINGEL
Assistant United States Attorney

**IT IS SO ORDERED** this 24th day of January, 2012.

_____
Gloria M. Navarro
United States District Judge