CHARLES C. RAINEY
Rainey Devine, Attorneys at Law
2245 West Horizon Ridge Parkway, Suite 110
Henderson, Nevada 89052
chaz@raineydevine.com

*Attorney for Plaintiff*

ALICIA N. ELLINGTON
JOHN K. THEIS
Trial Attorneys, Federal Programs Branch
United States Department of Justice, Civil Division
20 Massachusetts Avenue, N.W., Room 6701
Washington, D.C. 20530
Telephone: (202) 305-7632
Facsimile: (202) 616-8460
John.K.Theis@usdoj.gov
Alicia.N.Ellington@usdoj.gov

*Attorneys for Defendants United States; Bureau of Alcohol, Tobacco, Firearms, and Explosives; and Eric Holder, B. Todd Jones, and Arthur Herbert in their official capacities*

ZACHARY RICHTER
Trial Attorney, Constitutional Torts Staff
United States Department of Justice, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4199
Facsimile: (202) 616-4314
Zachary.Richter@usdoj.gov

*Attorney for Defendants Eric Holder, B. Todd Jones, and Arthur Herbert in their individual capacities*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| S. ROWAN WILSON,<br><br>       Plaintiff,<br><br>   v.<br><br>ERIC HOLDER, et al.,<br><br>       Defendants. | Case No.: 2:11-CV-1679-GMN-PAL |

**STIPULATION OF DISMISSAL OF INDIVIDUAL DEFENDANTS**

1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate as follows:

1. Plaintiff has asserted claims against Attorney General Eric Holder, ATF Acting Director B. Todd Jones, and ATF Assistant Director Arthur Herbert in both their individual and official capacities.

2. Having reviewed the individual defendants' response to her Complaint, *see* ECF No. 9, Plaintiff has decided not to pursue claims against Defendants Holder, Jones, and Herbert in their individual capacities.

3. Plaintiff will continue to pursue her remaining claims, including her claims against Defendants Holder, Jones, and Herbert in their official capacities.

4. Counsel for the parties have conferred, and no party objects to dismissal of Plaintiff's claims against Defendants Holder, Jones, and Herbert in their individual capacities.

Accordingly, the parties hereby give notice that that Plaintiff's claims against Defendants Holder, Jones, and Herbert in their individual capacities are DISMISSED WITHOUT PREJUDICE.

Dated: February 7, 2012
/s/ Charles C. Rainey
CHARLES C. RAINEY
Rainey Devine, Attorneys at Law
2245 West Horizon Ridge Parkway, Suite 110
Henderson, Nevada 89052
chaz@raineydevine.com

*Attorney for Plaintiff*

Dated: February 7, 2012
/s/ Alicia N. Ellington
ALICIA N. ELLINGTON
JOHN K. THEIS
Trial Attorneys, Federal Programs Branch
United States Department of Justice, Civil Division
20 Massachusetts Avenue, N.W., Room 6701
Washington, D.C.  20530
Telephone: (202) 305-7632
Facsimile: (202) 616-8460
John.K.Theis@usdoj.gov
Alicia.N.Ellington@usdoj.gov

*Attorneys for Defendants United States; Bureau of Alcohol, Tobacco, Firearms, and Explosives; and Eric Holder, B. Todd Jones, and Arthur Herbert in their official capacities*

Dated: February 7, 2012

*/s/ Zachary Richter*
ZACHARY RICHTER
Trial Attorney, Constitutional Torts Staff
United States Department of Justice, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 616-4199
Facsimile: (202) 616-4314
Zachary.Richter@usdoj.gov

*Attorney for Defendants Eric Holder, B. Todd Jones, and Arthur Herbert in their individual capacities*

**IT IS SO ORDERED** this 7th day of February, 2012.

_____
Gloria M. Navarro
United States District Judge

3