CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
RAINEY • DEVINE
8915 S. Pecos Road, Ste. 20
Henderson, Nevada 89074
Telephone: (702) 425.5100
Facsimile: (888) 867.5734
chaz@raineydevine.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

S. ROWAN WILSON, an individual,

        Plaintiff,

v.

ERIC HOLDER, Attorney General of the United States, et al.,

        Defendants.

Case No. 2:11-cv-1679-GMN-(PAL)

**NOTICE OF CHANGE OF FIRM ADDRESS**

    PLEASE TAKE NOTICE that the undersigned counsel for Plaintiff S. ROWAN WILSON has hereby changed firm address.

    The new contact information for counsel is as follows:

    Charles C. Rainey Esq. (Bar No. 10723)
    The Law Firm of Rainey Devine
    8915 S. Pecos Road, Suite 20
    Henderson, NV 89074
    Telephone: (702) 425-5100
    Facsimile: (888) 867-5734

DATED: March 24, 2012.

Respectfully submitted:

THE LAW FIRM OF RAINEY DEVINE

By: /s/ *Chaz Rainey*

Charles C. Rainey, Esq.
Nevada Bar No. 10723
8915 South Pecos Road, Ste. 20
Henderson, Nevada 89074
Telephone: +1.702.425.5100
Facsimile: +1.888.867.5734
chaz@raineydevine.com
*Attorney for Plaintiff*



**CERTIFICATE OF SERVICE**

I, Jennifer J. Hurley, an employee of The Law Firm of Rainey Devine, certify that the following individuals were served with the foregoing NOTICE OF CHANGE OF FIRM ADDRESS, on this date by the below identified method of service:

**Electronic Case Filing**

TONY WEST
DANIEL G. BOGDEN
SANDRA SCHRAIBMAN
ALICIA N. ELLINGTON
JOHN K. THEIS
Trial Attorneys, Federal Programs Branch
United States Department of Justice, Civil Division
20 Massachusetts Ave, N.W. Rm 7226
Washington, DC 20530

Zachary Richter
Trial Attorney, Constitutional Torts Staff
United States Department of Justice, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, DC 20044

DATED this 24th day of March 2012.

/s/Jennifer J. Hurley
An employee of The Law Firm of Rainey Devine.

RAINEY • DEVINE
8915 S. Pecos Road, Ste. 20
Henderson, Nevada 89074
+1.702.425.5100 (ph) / +1.888.867.5734 (fax)

-1-