STUART F. DELERY
Acting Assistant Attorney General

DANIEL G. BOGDEN
United States Attorney

SANDRA M. SCHRAIBMAN
Assistant Director, Federal Programs Branch

JOHN K. THEIS
Trial Attorney, Federal Programs Branch
United States Department of Justice, Civil Division
20 Massachusetts Ave., N.W., Rm. 6701
Washington, D.C.  20530
Telephone: (202) 305-7632
Facsimile: (202) 616-8460
John.K.Theis@usdoj.gov

*Attorneys for Defendants the United States of America,
ATF, U.S. Attorney General Eric Holder,
Acting ATF Director B. Todd Jones, and
Assistant ATF Director Arthur Herbert,
in their official capacities (collectively, the United States)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| S. ROWAN WILSON, <br><br> Plaintiff, <br><br> v. <br><br> ERIC HOLDER, Attorney General of the United States et al., <br><br> Defendants. | Case No.: 2:11-cv-1679-GMN-(PAL) |

**THE UNITED STATES'S UNOPPOSED MOTION FOR
ENLARGEMENT OF PAGE LIMIT**

Defendants the United States of America, the Bureau of Alcohol, Tobacco, Firearms and Explosives, and the individual defendants in their official capacities (collectively, the United States), by their undersigned counsel, respectfully request an enlargement of the page limit for the United States's Reply in Support of its Motion to Dismiss or, in the Alternative, for Summary

1

Judgment, and Opposition to Plaintiff's Cross-Motion for Summary Judgment. As set forth in the below Memorandum of Points and Authorities, Local Rule 7-4 requires that reply briefs be limited to twenty pages (excluding exhibits) unless otherwise permitted. The United States requests that the page limit be enlarged to twenty-four pages in this instance. The United States has conferred with counsel for Plaintiff, who does not oppose this Motion.

Dated: March 30, 2012                           Respectfully submitted,

                                                STUART F. DELERY
                                                Acting Assistant Attorney General

                                                DANIEL G. BOGDEN
                                                United States Attorney

                                                SANDRA M. SCHRAIBMAN
                                                Assistant Director
                                                Federal Programs Branch

                                                 /s/ John K. Theis
                                                JOHN K. THEIS
                                                Trial Attorney
                                                United States Department of Justice

                                                *Attorneys for Defendants the United States of America, ATF, U.S. Attorney General Eric Holder, Acting ATF Director B. Todd Jones, and Assistant ATF Director Arthur Herbert, in their official capacities (collectively, the United States)*

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
UNOPPOSED MOTION FOR ENLARGEMENT OF PAGE LIMIT**

Local Rule 7-4 of the U.S. District Court for the District of Nevada limits reply briefs to twenty pages "unless otherwise ordered by the Court." Defendants the United States of America, the Bureau of Alcohol, Tobacco, Firearms, and Explosives, and the individual defendants in their official capacities (collectively, the United States) respectfully request an enlargement of the page limit for the United States's Reply in Support of its Motion to Dismiss or, in the Alternative, for Summary Judgment, and Opposition to Plaintiff's Cross-Motion for Summary Judgment. Plaintiff's responsive brief contains several broad-ranging constitutional arguments, and she has independently moved for summary judgment.[1] Although the United States recognizes the advantages of succinct briefs and has attempted to respond to Plaintiff's Opposition and Cross-Motion in a concise manner, it respectfully requests an additional four pages in order to thoroughly and adequately address the arguments raised by Plaintiff. The United States has conferred with counsel for Plaintiff, who does not oppose this Motion.

Dated: March 30, 2012                        Respectfully submitted,

                                             STUART F. DELERY
                                             Acting Assistant Attorney General

                                             DANIEL G. BOGDEN
                                             United States Attorney

                                             SANDRA M. SCHRAIBMAN
                                             Assistant Director

                                              /s/ John K. Theis
                                             JOHN K. THEIS
                                             Trial Attorney
                                             United States Department of Justice

---

[1] Because Plaintiff cross-moved for summary judgment, the United States's brief may be subject to the thirty-page limit for response briefs in Local Rule 7-4. Out of an abundance of caution, the United States moves for an extension of the twenty-page limit for reply briefs.

*Attorneys for Defendants the United States of America, ATF, U.S. Attorney General Eric Holder, Acting ATF Director B. Todd Jones, and Assistant ATF Director Arthur Herbert, in their official capacities (collectively, the United States)*

**IT IS SO ORDERED:**

_____

**UNITED STATES DISTRICT JUDGE**

**DATED:** _____

# PROOF OF SERVICE

I, John K. Theis, Trial Attorney with the United States Department of Justice, certify that the following individuals were served with the **UNOPPOSED MOTION FOR ENLARGEMENT OF PAGE LIMIT** on this date by the below identified method of service:

**Electronic Case Filing**:

Charles C. Rainey Esq. (Bar No. 10723)
The Law Firm of Rainey Devine
8915 S. Pecos Road, Suite 20
Henderson, NV 89074
chaz@raineydevine.com

*Attorney for Plaintiff*

DATED this 30th day of March 2012.

                                       */s/ John K. Theis*
                                       JOHN K. THEIS
                                       Trial Attorney
                                       United States Department of Justice