STUART F. DELERY
Assistant Attorney General
DANIEL G. BOGDEN
United States Attorney
SANDRA M. SCHRAIBMAN
Assistant Director, Federal Programs Branch
JOHN K. THEIS
Trial Attorney, Federal Programs Branch
United States Department of Justice, Civil Division
20 Massachusetts Ave., N.W., Rm. 6701
Washington, D.C.  20530
Telephone: (202) 305-7632
Facsimile: (202) 616-8460
John.K.Theis@usdoj.gov

*Attorneys for Defendants the United States of America,
ATF, U.S. Attorney General Eric Holder,
Acting ATF Director B. Todd Jones, and
Assistant ATF Director Arthur Herbert,
in their official capacities (collectively, the United States)*

CHARLES C. RAINEY
The Law Firm of Rainey Devine
8915 S. Pecos Road, Suite 20
Henderson, NV 89074
Telephone: (702) 425-5100
Facsimile: (888) 867-5734
Chaz@raineydevine.com

*Attorney for Plaintiff S. Rowan Wilson*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| S. ROWAN WILSON, <br><br> Plaintiff, <br><br> v. <br><br> ERIC HOLDER, Attorney General of the United States et al., <br><br> Defendants. | Case No.: 2:11-CV-1679-GMN-(PAL) <br><br> **JOINT STIPULATION REGARDING EXTENSION OF DISCOVERY SCHEDULE** <br><br> **(First Request)** |

1

In accordance with the Court's Order dated March 27, 2012, and Local Rules 6-1 and 26-4, the parties have conferred and hereby respectfully request that the discovery schedule ordered by this Court be modified as set forth herein.  In support, the parties stipulate as follows:

On September 21, 2011, Plaintiff S. Rowan Wilson brought this lawsuit challenging the constitutionality of 18 U.S.C. §§ 922(d)(3) and (g)(3), 27 C.F.R. § 478.11, and the "Open Letter to All Federal Firearms Licensees" issued by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF").  On February 3, 2012, Defendants United States, ATF, and U.S. Attorney General Eric Holder, Acting ATF Director B. Todd Jones, and Assistant ATF Director Arthur Herbert in their official capacities filed a Motion to Dismiss, or in the Alternative, for Summary Judgment.  Plaintiff filed a Response and Cross-Motion for Summary Judgment on March 9, 2012, and Defendants filed their Reply on March 30, 2012.  Defendants have requested a hearing on the Motion and Cross-Motion, and Plaintiff has joined this request.

On March 27, 2012, the Court entered an order setting deadlines for discovery and dispositive motions (the "Scheduling Order").  The parties conferred on April 4, 2012, to discuss the Scheduling Order and the need for discovery in this matter, and filed a Joint Report Regarding Rule 26(f) Conference on April 18, 2012 (Dkt. No. 23).  As set forth in the Report, the parties agreed that discovery would not be necessary or appropriate until the Court rules on Defendants' Motion and Plaintiff's Cross-Motion.  If, after ruling on the parties' motions, discovery becomes necessary, the parties agreed to meet to discuss the parties' respective obligations under Rule 26.  The parties further agreed that the Scheduling Order did not require any alterations at that time.

The Court has not yet ruled on the pending Motion and Cross-Motion.  The parties continue to agree that discovery in this case will not be necessary or appropriate until the Court does so, as engaging in discovery prior to a ruling would impose potentially unnecessary costs and burdens on both parties.  The parties have therefore not engaged in any discovery to date. The parties request that, for the remaining deadlines set forth in the Scheduling Order, the first of

the deadlines be postponed until forty-five days after the Court rules on the Motion and Cross-Motion.  The number of days to complete the subsequent deadlines would remain the same as in the Order.  Accordingly, the new dates would be set as follows:

    a. Last date to complete discovery: **105 days after the ruling**.

    b. Last date to file interim status report: **45 days after the ruling**.

    c. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **45 days after the ruling**.

    d. Last date to disclose rebuttal experts: **75 days after the ruling**.

    e. Last date to file dispositive motions: **135 days after the ruling**.

    f. Last date to file joint pretrial order: **165 days after the ruling**.

    g. Last date to file a motion or stipulation to extend discovery: **85 days after the ruling**.

For these reasons, the parties request that the remaining discovery deadlines contained in the Scheduling Order be modified as described herein.

Dated: May 31, 2012            Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

DANIEL G. BOGDEN
United States Attorney

SANDRA M. SCHRAIBMAN
Assistant Director, Federal Programs Branch

 _/s/ John K. Theis_
JOHN K. THEIS
Trial Attorney, U.S. Department of Justice

*Attorneys for Defendants the United States of America, ATF, U.S. Attorney General Eric Holder, Acting ATF Director B. Todd Jones, and Assistant ATF Director Arthur Herbert, in their official capacities (collectively, the United States)*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

   /s/ Charles C. Rainey
CHARLES C. RAINEY
Rainey Devine, Attorneys at Law

*Attorney for Plaintiff*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** June 1, 2012

4

**PROOF OF SERVICE**

I, John K. Theis, Trial Attorney with the United States Department of Justice, certify that the following individuals were served with the **JOINT STIPULATION REGARDING EXTENSION OF DISCOVERY SCHEDULE** on this date by the below identified method of service:

**Electronic Case Filing**:

Charles C. Rainey
Rainey Devine, Attorneys at Law
2245 W. Horizon Ridge Pkwy., Ste. 110
Henderson, NV 89052
chaz@raineydevine.com

*Attorney for Plaintiff*

DATED this 31st day of May 2012.

　　　　　　　　　　　　　　　　　 /s/ John K. Theis　　
　　　　　　　　　　　　　　　　　John K. Theis
　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　United States Department of Justice