STUART F. DELERY
Assistant Attorney General
DANIEL G. BOGDEN
United States Attorney
SANDRA M. SCHRAIBMAN
Assistant Director, Federal Programs Branch
JOHN K. THEIS
Trial Attorney, Federal Programs Branch
United States Department of Justice, Civil Division
20 Massachusetts Ave., N.W., Rm. 6701
Washington, D.C. 20530
Telephone: (202) 305-7632
Facsimile: (202) 616-8460
John.K.Theis@usdoj.gov

*Attorneys for Defendants the United States of America, ATF, U.S. Attorney General Eric Holder, Acting ATF Director B. Todd Jones, and Assistant ATF Director Arthur Herbert, in their official capacities (collectively, the United States)*

CHARLES C. RAINEY
The Law Firm of Rainey Devine
8915 S. Pecos Road, Suite 20
Henderson, NV 89074
Telephone: (702) 425-5100
Facsimile: (888) 867-5734
Chaz@raineydevine.com

*Attorney for Plaintiff S. Rowan Wilson*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| S. ROWAN WILSON,<br><br>      Plaintiff,<br><br>    v.<br><br>ERIC HOLDER, Attorney General of the United States et al.,<br><br>      Defendants. | Case No.: 2:11-CV-1679-GMN-(PAL)<br><br>**STIPULATED ORDER REGARDING CONTINUATION OF MOTION HEARING** |

1

1  The parties respectfully request that the Motion Hearing scheduled by the Court for October 5, 2012, be continued to a subsequent date, as soon as the Court's calendar permits. In support, the parties stipulate as follows:

1. Defendants have moved to dismiss Plaintiff's Complaint (Dkt. No. 10), and Plaintiff has cross-moved for summary judgment (Dkt. No. 17). On September 19, 2012, the Court entered an order setting a Motion Hearing for October 5, 2012. (Dkt. No. 27).

2. While the parties both wish to have this matter heard before the Court as soon as possible, counsel for both parties have previously scheduled engagements that conflict with the current hearing date. Counsel for Defendants previously scheduled non-business travel on October 5, 2012, and counsel for Plaintiff previously scheduled an arbitration conference.[1]

For these reasons, the parties request that the date for the Motion Hearing be continued.

Dated: September 24, 2012                    Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

DANIEL G. BOGDEN
United States Attorney

SANDRA M. SCHRAIBMAN
Assistant Director, Federal Programs Branch

 /s/ John K. Theis
JOHN K. THEIS
Trial Attorney, U.S. Department of Justice

*Attorneys for Defendants the United States of America, ATF, U.S. Attorney General Eric Holder, Acting ATF Director B. Todd Jones, and Assistant ATF Director Arthur Herbert, in their official capacities (collectively, the United States)*

 /s/ Charles C. Rainey
CHARLES C. RAINEY
Rainey Devine, Attorneys at Law

*Attorney for Plaintiff*

---

[1] Counsel for Defendants is also not available on October 9 or 10.

IT IS HEREBY ORDERED that the Motion Hearing in this matter, currently set for October 5, 2012, is continued until November 4, 2012, at 9:00 a.m.

**IT IS SO ORDERED:**

_____
Gloria M. Navarro
United States District Judge

**DATED:  09/25/2012**

3