CHARLES C. RAINEY
Nevada Bar No. 10723
DC Bar No. 989628
RAINEY DEVINE, ATTORNEYS AT LAW
8915 S. Pecos Road, Ste. 20A
Henderson, Nevada 89052
Telephone:  (702) 425.5100
Facsimile:  (888) 867.5734
chaz@raineydevine.com

*Attorney for Plaintiff Rowan S. Wilson*

STUART F. DELERY
Principal Deputy Assistant Attorney General
DANIEL G. BOGDEN
United States Attorney
DIANE KELLEHER
Assistant Director, Federal Programs Branch
JOHN K. THEIS
Trial Attorney, Federal Programs Branch
United States Department of Justice, Civil Division
20 Massachusetts Ave., N.W., Rm. 6701
Washington, D.C. 20539
Telephone: (202) 305-7632
Facsimile: (202) 616-8460
John.K.Theis@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| S. ROWAN WILSON, an individual,<br><br>                    *Plaintiff*,<br><br>v.<br><br>ERIC HOLDER, Attorney General of the United States, et al.,<br><br>                    *Defendants*. | Case No.  2:11-cv-1679-GMN-(PAL)<br><br>**STIPULATED ORDER REGARDING EXTENSION OF DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** |

The parties hereby stipulate that Defendants be granted an extension of time to file a reply in support of their Motion to Dismiss the First Amended Complaint, or in the Alternative, for Summary Judgment, filed on January 31, 2013 (Dkt. No. 37).  Defendants shall have until March 22, 2013, to file their reply.

| | |
|---|---|
| 1  Dated: February 28, 2013 | Respectfully Submitted, |
| 2 | |
| 3 | STUART F. DELERY<br>Principal Deputy Assistant Attorney General |
| 4 | DANIEL G. BOGDEN<br>United States Attorney |
| 5 | |
| 6 | DIANE KELLEHER<br>Asst. Director, Federal Programs Branch |
| 7 | /s/ *John K. Theis*<br>JOHN K. THEIS |
| 8 | Trial Attorney, Federal Programs Branch<br>United States Department of Justice |
| 9 | 20 Massachusetts Ave., N.W., Rm. 6701<br>Washington, D.C. 20539 |
| 10 | Telephone: (202) 305-7632<br>Facsimile: (202) 616-8460 |
| 11 | John.K.Theis@usdoj.gov |
| 12 | *Attorneys for Defendants* |

/s/ *Charles C. Rainey*
CHARLES C. RAINEY
RAINEY DEVINE, ATTORNEYS AT LAW
8915 S. Pecos Road, Ste. 20
Henderson, Nevada 89052
Telephone:  (702) 425.5100
Facsimile:  (888) 867.5734
chaz@raineydevine.com

*Attorney for Plaintiff*


**IT IS SO ORDERED:**

_____
**GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE**

**DATED:** February 28, 2013