1  CHARLES C. RAINEY
   Nevada Bar No. 10723
2  DC Bar No. 989628
   RAINEY DEVINE, ATTORNEYS AT LAW
3  8915 S. Pecos Road, Ste. 20A
   Henderson, Nevada 89052
4  Telephone:  (702) 425.5100
   Facsimile:  (888) 867.5734
5  chaz@raineydevine.com

6  *Attorney for Plaintiff Rowan S. Wilson*

7  STUART F. DELERY
   Principal Deputy Assistant Attorney General
8  DANIEL G. BOGDEN
   United States Attorney
9  DIANE KELLEHER
   Assistant Director, Federal Programs Branch
10 JOHN K. THEIS
   Trial Attorney, Federal Programs Branch
11 United States Department of Justice, Civil Division
   20 Massachusetts Ave., N.W., Rm. 6701
12 Washington, D.C. 20539
   Telephone: (202) 305-7632
13 Facsimile: (202) 616-8460
   John.K.Theis@usdoj.gov
14
   *Attorneys for Defendants*
15

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| S. ROWAN WILSON, an individual, | Case No.  2:11-cv-1679-GMN-(PAL) |
| *Plaintiff*, | |
| v. | **STIPULATED ORDER REGARDING EXTENSION OF DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** |
| ERIC HOLDER, Attorney General of the United States, et al., | |
| *Defendants*. | |

The parties hereby stipulate that Defendants be granted an extension of time to file their reply in support of their Motion to Dismiss the First Amended Complaint, or in the Alternative, for Summary Judgment, filed on January 31, 2013 (Dkt. No. 37).  Defendants shall have until March 29, 2013, to file their reply.  The extension should not be construed as a reflection of the gravity of the matter, but an effort to provide professional courtesies related to the press of other matters.

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: March 21, 2013 | Respectfully Submitted, |
| 4 | | |
| 5 | | STUART F. DELERY<br>Principal Deputy Assistant Attorney General |
| 6 | | DANIEL G. BOGDEN<br>United States Attorney |
| 7 | | |
| 8 | | DIANE KELLEHER<br>Asst. Director, Federal Programs Branch |
| 9 | | /s/ *John K. Theis*<br>JOHN K. THEIS |
| 10 | | Trial Attorney, Federal Programs Branch<br>United States Department of Justice |
| 11 | | 20 Massachusetts Ave., N.W., Rm. 6701<br>Washington, D.C. 20539 |
| 12 | | Telephone: (202) 305-7632<br>Facsimile: (202) 616-8460 |
| 13 | | John.K.Theis@usdoj.gov |
| 14 | | *Attorneys for Defendants* |
| 15 | | |
| 16 | | /s/ *Charles C. Rainey*<br>CHARLES C. RAINEY |
| 17 | | RAINEY DEVINE, ATTORNEYS AT LAW<br>8915 S. Pecos Road, Ste. 20 |
| 18 | | Henderson, Nevada 89052<br>Telephone: (702) 425.5100 |
| 19 | | Facsimile: (888) 867.5734<br>chaz@raineydevine.com |
| 20 | | |
| 21 | | *Attorney for Plaintiff* |
| 22 | | |
| 23 | | **IT IS SO ORDERED:** |
| 24 | | |
| 25 | | _____ |
| 26 | | **UNITED STATES DISTRICT JUDGE** |
| 27 | | **DATED:**_____ |
| 28 | | |