FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 07 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| S. ROWAN WILSON,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>ERIC H. HOLDER, Jr., Attorney General; et al.,<br><br>    Defendants - Appellees. | No. 14-15700<br><br>D.C. No. 2:11-cv-01679-GMN-PAL<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

  The certificate of compliance in appellant's opening brief states that the brief is 13,421 words, which complies with the length requirements of Federal Rule of Appellate Procedure 32(a)(7)(B)(ii).  Accordingly, the motion for leave to file an oversize opening brief is denied as unnecessary.  The Clerk shall file the previously submitted opening brief.

  The current briefing schedule continues to govern as to the remaining brief.

Cag/08/04/14/Appellate Commissioner